■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY WHITE, Appellant. [751 NYS2d 745] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 22, 2002 (*People v White,* 293 AD2d 693, *lv denied* 98 NY2d 682), affirming two judgments of the Supreme Court, Kings County, both rendered May 4, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., Altman, Adams and Crane, JJ., concur.